UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-P287-H

LONNETTA S. MEDCALF                                                                                          PETITIONER

v.

WARDEN STEPHEN DEWALT
FEDERAL BUREAU OF PRISONS                                                                          RESPONDENTS

**MEMORANDUM AND ORDER**

Petitioner Lonnetta S. Medcalf, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking "immediate placement in a halfway house now know as Residential Re-entry Center (RRC)" (DN 1). On preliminary review, the Court concludes that it is without jurisdiction to consider the petition, as "courts have uniformly held . . . that claims seeking to challenge the execution or manner in which the sentence is served shall be filed in the court having jurisdiction over the prisoner's custodian." *Charles v. Chandler*, 180 F.3d 753, 755-56 (6th Cir. 1999) (citations omitted); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute [] confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."); *see also United States v. Jenkins*, No. 98-6287, 2001 WL 128435, at * 2 (6th Cir. Feb. 6, 2001) (concluding that the Western District of Kentucky properly determined that it lacked jurisdiction to consider the § 2241 petition filed while the petitioner was confined in the Federal Correctional Institute in Manchester, Kentucky, which is located in the London Division of the Eastern District of Kentucky).

Case 3:07-cv-00287-JGH   Document 4   Filed 06/15/07   Page 2 of 2 PageID #: 15

In the present case, Petitioner is in the custody of Warden Stephen Dewalt at the Federal Medical Center in Lexington, Kentucky, which is located in the Lexington Division of the United States District Court for the Eastern District of Kentucky. *See* 28 U.S.C. § 97. In the interest of justice, this Court will transfer this action to the Eastern District of Kentucky. *See* 28 U.S.C. § 1631.[1]

**WHEREFORE, IT IS ORDERED** that the instant action filed pursuant to 28 U.S.C. § 2241 is **TRANSFERRED to the United States District Court for the Eastern District of Kentucky, Lexington Division**, pursuant to 28 U.S.C. § 1631.

Unless otherwise advised by the United States District Court for the Eastern District of Kentucky, **Petitioner is directed to send all future filings with respect to this action to the Clerk, U.S. District Court, 101 Barr St. Room 206, P.O. Drawer 3074, Lexington, KY 40588-3074**.

Date:

cc:     Movant, *pro se*
        United States Attorney
4412.005

---

[1] Pursuant to 28 U.S.C. § 1631, "Whenever a civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action . . . to any other such court in which the action . . . could have been brought at the time it was filed or noticed, . . . ."